900 A.2d 318

IN THE MATTER OF ERIC H. BORNSTEIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 003841994).

June 22, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–073, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **ERIC H. BORNSTEIN** of **QUINCY, MASSACHUSETTS**, who was admitted to the bar of this State in 1994, should be suspended from the practice of law for a period of six months for violating *RPC* 8.4(b) (commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **ERIC H. BORNSTEIN** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective immediately; and it is further

ORDERED that **ERIC H. BORNSTEIN** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that **ERIC H. BORNSTEIN** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.